IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MELISSA SIMBECK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:18-cv-00082 |
| | ) |
| GRAPHIC PACKAGING | ) JUDGE CAMPBELL |
| INTERNATIONAL, INC., | ) MAGISTRATE JUDGE HOLMES |
| | ) |
| Defendant. | ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 27), indicating all claims in this case have been resolved, and this case should be dismissed. Accordingly, this case is **DISMISSED,** with prejudice. The trial scheduled for October 20, 2020, and the pretrial conference scheduled for October 8, 2020, are cancelled. The pending Motion for Summary Judgment (Doc. No. 24) is **MOOT**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR
UNITED STATES DISTRICT JUDGE